**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
**KINGVISION PAY-PER-VIEW, LTD.,**

                **Plaintiff,**

- against -

**LOS MELLIZOS BAR RESTAURANT, CORP.**
**d/b/a Sabrosura Bar Restaurant, and JAIMIE G.**
**HUIRACOCHA,**

                **Defendants.**
-----------------------------------------------------------------X

**ORDER**

**06 CV 6251 (NG) (RER)**

**GERSHON, United States District Judge:**

By complaint dated November 21, 2006, plaintiff commenced this action for alleged violations of the Federal Communications Act of 1934, as amended, 47 U.S.C. §§ 553 and 605. As a result of defendants' failure to answer the complaint, on February 7, 2007, plaintiff moved for default judgment. On March 15, 2007, the Clerk of Court entered defendant's default pursuant to Federal Rule of Civil Procedure 55(a). On March 16, 2007, I granted plaintiff's motion for default judgment and referred the matter to the Honorable Ramon E. Reyes, United States Magistrate Judge, for a report and recommendation ("R&R") on damages. Judge Reyes issued an R&R on May 16, 2007, which was served on defendant by regular mail on May 22, 2007. No objections have been filed by defendant, and the time for filing objections has now expired.

After a thorough analysis of the relevant facts and legal principles, Judge Reyes recommends awarding plaintiff $3,000 in statutory damages and $900 for attorney fees, resulting in a total award of $3,900. The unopposed R&R of Magistrate Judge Reyes is hereby adopted by the court. The Clerk of Court is directed to enter judgment for plaintiff accordingly.

SO ORDERED.

s/NG

**NINA GERSHON**
**United States District Judge**

Dated: June 7, 2007
Brooklyn, New York